

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2019

No. 04-19-00137-CV

Diane R. **MENDEZ**, et al.,
Appellants

v.

Pablo **GARCIA**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV02108
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Liza A. Rodriguez, Justice

This is an appeal of a final judgment of a county court in an eviction suit. Appellant has filed a motion requesting that we stay the judgment of eviction. This court is not, however, authorized to stay the county court's judgment pending this appeal under any circumstances "unless, within 10 days of the signing of the judgment, the appellant file[d] a supersedeas bond in an amount set by the county court." *See* TEX. PROP. CODE ANN. § 24.007(a); *see also* TEX. R. CIV. P. 510.13. Here, the record reflects that appellant did not appear and a default judgment of eviction was taken. Because neither the record nor the appellant's motion reflects that a supersedeas bond was filed by appellant within ten (10) days of the judgment, we have no choice but to DENY appellant's motion to stay eviction.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court